No. 82–2058. NELSON, DBA NELSON HOUSE *v.* TUSCARORA INTERMEDIATE UNIT NO. 11. Sup. Ct. Pa. Motion of Pennsylvania for leave to intervene as a party respondent granted. Certiorari denied.

No. 82–2075. ARIZONA *v.* YOUNG. Ct. App. Ariz. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this motion and this petition.

No. 82–2077. OLSEN ET AL. *v.* PROGRESSIVE MUSIC SUPPLY, INC., ET AL. C. A. 10th Cir. Motion of petitioners to consolidate case with No. 83–188, *Olsen* v. *CBS Musical Instruments*, denied. Motion of respondent Peavey Electronics Corp. for damages denied. Certiorari denied.

No. 82–2129. HAIDER, AS ADMINISTRATOR OF THE ESTATE OF HAIDER *v.* MCDONNELL DOUGLAS CORP. ET AL.; and

No. 82–2149. KAHL, SPECIAL ADMINISTRATOR OF THE ESTATE OF KAHL, ET AL. *v.* MCDONNELL DOUGLAS CORP. ET AL. C. A. 7th Cir. Certiorari denied. JUSTICE STEVENS took no part in the consideration or decision of these petitions. Reported below: 701 F. 2d 1189.

No. 82–2134. ALSIDE, INC., ET AL. *v.* WEINER, UNITED STATES DISTRICT JUDGE. C. A. 8th Cir. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 82–2146. MASHPEE TRIBE *v.* NEW SEABURY CORP. ET AL. C. A. 1st Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.